Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.   Present —

In decisions Nos. 55–91 the court is as follows: Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.

(A) JACK M. LAUNER et al., Respondents, v. HAROLD HECHT et al., Appellants. (B) In the Matter of REGINALD LUSH, Petitioner, v. JAMES E. ALLEN, SR., as Commissioner of Education of the State of New York, Respondent, and CENTRAL SCHOOL DISTRICT No. 1, OF THE TOWNS OF MANCHESTER and Others, Intervenor-Respondent. (C) GRACE H. SMITH, Respondent, v. NICHOLAS FASONELLA, Appellant. NELLIE M. SMITH, Respondent, v. NICHOLAS FASONELLA, Appellant. FRANCIS E. SMITH, Respondent, v. NICHOLAS FASONELLA, Appellant. (D) ALBERT W. COLBY, JR., Respondent, v. BIDWELL P. DREW, Appellant. JEANETTE COLBY, Respondent, v. BIDWELL P. DREW, Appellant. (E) DONALD V. ARMONDI, Respondent, v. JULIAN JOHNSON, Appellant. (F) DONALD C. PALMER, Appellant, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent. (G) JAMES E. THOMAS, Appellant, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent. (H) ELMBAR ASSOCIATES, INC., Respondent, v. STATE OF NEW YORK, Appellant. (I) BERTHA F. BANGS, Appellant, v. ARTHUR MALIAN et al., Respondents. (J) BERTHA F. BANGS, Appellant, v. EDWARD DE GROFF, JR., et al., Respondents. (K) In the Matter of the Claim of ESTELLE PODELL, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (L) In the Matter of the Claim of JOSEPH J. CAVANAGH, Respondent. FUER TRANSPORTATION, INC., Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (M) In the Matter of the Claim of RAE BILSKY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (N) In the Matter of the Claim of MINNA NOTIS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (O) In the Matter of the Claim of ANGEL RIGAU,

Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (P) In the Matter of the Claim of JANET H. MITNICK, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (Q) In the Matter of the Claim of WOLF DAVIS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (R) In the Matter of the CLAIM of ETHEL VIGDOR, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (S) In the Matter of the Claim of FREDERICK LOMBARD, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (T) In the Matter of the Claim of BERNARD DANK, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (U) In the Matter of the Claim of SAM SPERBER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (V) In the Matter of the Claim of RAY P. GROW, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (W) In the Matter of the Claim of HELENA BARIOS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (X) In the Matter of the Claim of ADELAIDE HASSETT, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (Y) In the Matter of the Claim of EARL R. BARTHOLOMEW, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (Z) In the Matter of the Claim of SYLVIA SALIT, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (AA) In the Matter of the Claim of ROBERTA VISTOCCO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (BB) In the Matter of the Claim of BELA BALAXSI, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (CC) In the Matter of the Claim of BERNARD SOKOLOVE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (DD) In the Matter of the Claim of RODERIC B. GILMORE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (EE) In the Matter of the Claim of PATSY J. BISCEGLIA, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (FF) In the Matter of the Claim of FRANCES PLOTTEL, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (GG) In the Matter of the Claim of JAMES S. KREAGER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (HH) In the Matter of the Claim of FRANK J. MATYEVITCH, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (II) In the Matter of the Claim of ABRAHAM DVORKIN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— [In each action] Appeals dismissed, without costs, unless appellants shall file and serve record, brief and note of issue on or before December 11, 1961 and be ready for argument at the January 1962 Term of this court, in which event motion denied.

■ (A) In the Matter of the Claim of SILAS J. WILLIAMS, Respondent, v. SCHUYLER MILLHAM et al., Appellants-Respondents, and REPUBLIC CONTAINER CORPORATION, Respondent-Appellant. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of the Claim of SILAS J. WILLIAMS, Respondent, v. SCHUYLER MILLHAM et al., Appellants-Respondents, and REPUBLIC CONTAINER CORPORATION, Respondent-Appellant. WORKMEN'S COMPENSATION BOARD, Respondent. (C) ALFRED NARZYNSKI, Appellant, v. ARNO W. JAHR, Respondent. (D) In the Matter of the Claim of MILDRED R. THONE, Appellant, v. ALCO PRODUCTS, INC., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. (E) In the Matter of the Claim of JAMES GROOM, Respondent, v. GILSEN CONSTRUCTION COMPANY, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (F) In the Matter of the Claim of JOSE LEBRON, Respondent. GOLDSMITH BROS., Appellant. MARTIN P. CATHERWOOD,